UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD L. CORSETTI, | No. C 09-1850 SI (pr) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| CHUCK SICKLES; et al., | |
| Defendants. | |

Donald Corsetti filed this pro se prisoner's civil rights action under 42 U.S.C. § 1983. The court reviewed the complaint pursuant to 28 U.S.C. § 1915A and found that it failed to state a claim upon which relief may be granted. The court granted leave to file an amended complaint by June 19, 2009, cautioning that failure to file an amended complaint by the deadline would result in the dismissal of the action. The deadline has long passed and Corsetti not filed an amended complaint. Accordingly, this action is DISMISSED with prejudice to failure to state a claim upon which relief may be granted. The clerk shall close the file.

IT IS SO ORDERED.

Dated: July 14, 2009

_____
SUSAN ILLSTON
United States District Judge